CR 22-235 MJD/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW LIND-BEHRENDS,

Defendant.

**INDICTMENT**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Felon in Possession of a Firearm)

On or about March 11, 2022, in the State and District of Minnesota, the defendant,

**ANDREW LIND-BEHRENDS,**

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Felony Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Domestic Abuse No Contact Order Violation | Stearns County, MN (District Court File No. 73-CR-20-4296) | June 30, 2020 |
| Domestic Abuse No Contact Order Violation | Stearns County, MN (District Court File No. 73-CR-20-2662) | June 30, 2020 |
| Domestic Abuse No Contact Order Violation | Stearns County, MN (District Court File No. 73-CR-20-910) | June 30, 2020 |
| Burglary, 3rd Degree | Benton County, MN | November 14, 2019 |

SCANNED CK
SEP 1 5 2022
U.S. DISTRICT COURT ST. PAUL

United States v. Lind-Behrends

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm—that is, a Springfield Armory XD .40 caliber handgun with an obliterated serial number—all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in or used in the commission of Count 1, including, but not limited to, a Springfield Armory XD .40 caliber handgun with an obliterated serial number, and ammunition and accessories seized therewith.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                          FOREPERSON